# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

U.S.A. vs. Cranston Lamont Andrews, Jr.　　　　　　　　　　Docket No. 7:03-CR-124-1

## Petition for Action on Supervised Release

　　　　COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cranston Lamont Andrews, Jr., who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 22, 2004, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

4. The defendant shall provide the probation office with access to any financial information.

　　　　Cranston Lamont Andrews, Jr. was released from custody on March 11, 2010, at which time the term of supervised release commenced.

　　　　On July 19, 2010, the court was apprised the releasee had used marijuana. The court modified the releasee's conditions to include 2 days in jail and the cognitive behavioral program.

　　　　**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

　　　　On May 5, 2011, the releasee submitted a urine screen which revealed positive results for marijuana. Upon confronting the releasee he admitted to smoking marijuana with some friends. He apologized and stated he accepted responsibility for his actions.

Cranston Lamont Andrews, Jr.
Docket No. 7:03-CR-124-1
Petition For Action
Page 2

As a sanction for this behavior the releasee's urine screens have been intensified and he has agreed to participate in the home detention program for 30 days. Mr. Andrews is employed and is compliant with all other conditions of supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

5. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: June 9, 2011

## ORDER OF COURT

Considered and ordered this 9th day of June, 2011, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge