UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-CR-124-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CRANSTON ANDREWS, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's pro se "Motion to Address and Preserve" [DE-51] challenging the validity of his sentence. The proper method for challenging the legality of his sentence is to file a motion pursuant to 28 U.S.C. § 2255. The court therefore DENIES the defendant's letter motion [DE-51]. The Clerk of Court is DIRECTED to mail the defendant a copy of the § 2255 motion to the return address listed on the envelope and the Defendant may renew the challenges to his sentence in the § 2255 motion. The Defendant should return the completed § 2255 petition to

> Clerk of Court
> United States District Court, E.D.N.C.
> ATTN: Prisoner Litigation Division
> P.O. Box 25670
> Raleigh, NC 27611

SO ORDERED.

This the 29th day of August, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge